# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SHAWN LARAY BELL,<br><br>      Plaintiff,<br><br>      v.<br><br>SANTA ANA CITY JAIL, et al.,<br><br>      Defendants. | No. SA CV 07-1218-ODW (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that this action is dismissed.

DATED: February 16, 2010

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE